UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert A. Littlejohn,                                                   Case No. 1:20-cv-2007

        Petitioner,

v.                                                                                    ORDER

Kim Henderson, Warden,[1]

        Respondent.

Before me is the November 30, 2022 Report and Recommendation of Magistrate Judge James E. Grimes, Jr., recommending I deny Petitioner Robert A. Littlejohn's grounds for relief and dismiss his petition for a writ of habeas corpus under 28 U.S.C. § 2254. (Doc. No. 9).

Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949 (6th Cir. 1981). The deadline to file objections was December 14, 2022. The petitioner has not filed any objections and that deadline has passed.

The failure to file written objections to the Magistrate Judge's Report and Recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813, 815 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also Walters,* 638 F.2d

---

[1] Littlejohn is incarcerated at the Toledo Correctional Institution in Toledo, Ohio, where Kim Henderson currently is the Warden. The Clerk of Court is ordered to substitute Henderson as the Respondent in this case. Fed. R. Civ. P. 25(d).

at 950; *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) ("[O]nly those specific objections to the magistrate's report made to the district court will be preserved for appellate review").

  Following my review of the Magistrate Judge's Report and Recommendation, I accept Judge Grime's recommendations and dismiss Littlejohn's petition. Further, I certify there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

  So Ordered.

s/ Jeffrey J. Helmick
United States District Judge
